IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ENRIQUE MORENO,

        Petitioner,

v.                                                                                                                                                                           No. 2:22-cv-00683-KWR-JHR

RICK MARTINEZ, in his
Official capacity, and THE STATE
OF NEW MEXICO,

        Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION [DOC. 16]**

        Magistrate Judge Jerry H. Ritter filed Proposed Findings and a Recommended Disposition ("PFRD") on August 18, 2025. (Doc. 16). At issue was whether Petitioner Enrique Moreno's Amended Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus included an unexhausted claim alleging his conviction violated his due process rights under *Brady v. Maryland*. (Doc. 4) ("§ 2254 Petition"). Judge Ritter recommended that the Court find that the *Brady* claim is unexhausted and allow Petitioner to voluntarily dismiss the claim and proceed on the remainder. (Doc. 16, at 10).

        The PFRD notified the parties of their ability to file objections by September 2, 2025, and that failure to do so waives appellate review. On August 27, 2025, Petitioner filed a letter stating that he had no objection to the PFRD and he agreed to dismissal of the *Brady* claim. (Doc. 17). Respondents Rick Martinez and the State of New Mexico have not filed any objections and the time to do so has expired.

        The Court finds no reason either in law or fact to depart from Judge Ritter's PFRD and will

1

adopt the proposed findings and recommended disposition.

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Judge Ritter's PFRD, Doc. 16, is adopted as an order of the Court.

2. Petitioner Enrique Moreno's *Brady* claim in his § 2254 Petition is voluntarily dismissed without prejudice from this action. (Doc. 17).

3. Respondents shall respond on the merits to all remaining claims in the § 2254 Petition within **thirty (30) days** of this Order.

4. Petitioner may file a reply to Respondents' response within **fourteen (14) days** of its service upon him.

/S/
HONORABLE KEA W. RIGGS
UNITED STATES DISTRICT JUDGE